IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 04-0281
 ((((((((((((((((

 MANDELL & WRIGHT, P.C.

 v.

 ROBERT D. RAPP

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. Pursuant to the notice of bankruptcy of Mandell & Wright, P.C.,
filed with this Court on August 12, 2004, this case is ABATED. Tex. R.
App. P. 8.2.
 2. This case is removed from the Court's active docket and shall be
treated as closed, subject to reinstatement upon proper motion. Tex. R.
App. P. 8.3. All motions and other documents pending or filed are abated
subject to being reargued in the event the case is reinstated. Tex. R. App.
P. 8.2 and 8.3. It is the parties' responsibility to immediately notify
this Court once the automatic bankruptcy stay is lifted.
 Done at the City of Austin, this 20th day of August 2004..

 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk